

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00465-CR

| | | |
|---|---|---|
| CHRISTOPHER LEWIS ROTH, Appellant | § | On Appeal from County Criminal Court No. 4 |
| | § | |
| | | of Denton County (CR-2016-09799-D) |
| V. | § | |
| | § | August 26, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
       Chief Justice Bonnie Sudderth